IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:11CR00168 JLH

JONATHAN RUSSELL WRIGHT                                                    DEFENDANT

## ORDER

On March 20, 2012, this matter was set for trial for the week of July 30, 2012. The trial is hereby rescheduled to begin at **9:15 a.m. on TUESDAY, JULY 31, 2012**, in Courtroom #4-D, in Little Rock, Arkansas. Counsel and defendant should be present in the courtroom by 8:30 a.m.

IT IS SO ORDERED this 18th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE