IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 4:11CR00168 JLH |
| | ) | |
| JONATHAN RUSSELL WRIGHT | ) | |
| a/k/a "Jay-One" | | |

### MOTION TO ENHANCE SENTENCE PURSUANT TO 21 U.S.C.§ 851

The United States of America by Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Edward O. Walker, Assistant United States Attorney's for the said district, and pursuant to the requirements of 21U.S.C.§851, places the defendant on notice that this sentence shall be increased based upon two or more prior convictions by the filing of this information with the Court. The defendant's prior convictions include a July 13, 2005, Pulaski County, Arkansas felony conviction for manufacturing, delivery, possession of a controlled substance in criminal case number 2004 3937; and another July 13, 2005, Pulaski County, Arkansas felony conviction for manufacturing, delivery, possession of a controlled substance in criminal case number 2004 4412; and a September 2, 2009,Pulaski County, Arkansas felony conviction for manufacturing, delivery, possession of a controlled substance in criminal case number 2009 3546.

As a result of the above referenced prior felony convictions and upon a jury finding of guilty, the defendant's statutory sentence to Count 1- Title 21U.S.C.§841(a)(1) (possession with the intent to distribute, approximately 771.12 grams of cocaine base) shall be to a mandatory term of life imprisonment without release and fined up to, $20,000,000.00 or both, and a $100.00 special assessment.

                                                            Respectfully Submitted,

                                                            CHRISTOPHER THYER
                                                            United States Attorney

                                                            /s/ Edward O. Walker
                                                            EDWARD O. WALKER
                                                            Assistant United States Attorney
                                                            P.O. Box 1229
                                                            Little Rock, AR 72203
                                                            (501) 340-2611
                                                            Edward.O.Walker@usdoj.gov
                                                            AR Bar# 2000076

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed via ECF on this July 30, 2012 and a copy of such will be forward to Ronald Davis the current Attorney of record.

                                            /s/ Edward O. Walker
                                          EDWARD O. WALKER