# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                           No. 4:11CR00168 JLH

JONATHAN RUSSELL WRIGHT                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Jonathan Russell Wright's motion under 28 U.S.C. § 2255 to vacate or set aside his conviction is denied. Document #90. No certificate of appealability will be issued.

IT IS SO ORDERED this 3rd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE